UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14342-CIV-MARTINEZ/LYNCH

SHERRYL MEDINA,

    Plaintiff,

v.

ENHANCED RECOVERY CO., LLC,
d/b/a ERC,

    Defendant.
_____/

FILED by ea D.C.

MAR - 8 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND STAY OF CASE MANAGEMENT DEADLINES [D.E. 34]

**THIS CAUSE** having come on to be heard upon the aforementioned motion [D.E. 34] and this Court having reviewed the motion and otherwise being advised in the premises, makes the following findings:

1. The motion addresses a joint request for extension of time to file a response to the pending Motion to Compel [D.E. 30]. The parties point out in their joint motion that there is a Motion to Stay pending before the District Court which may resolve many, if not all, of the issues raised within the Motion to Compel. The parties therefore request additional time to file responsive pleadings to the pending Motion to Compel after the District Court has ruled on the Motion to Stay.

2. This Court understands the position of the parties. However, it is a much cleaner way to address these pleadings by denying the Motion for Extension of Time and the pending Motion to Compel without prejudice with leave to permit the Plaintiff to re-file the Motion to Compel once the District Court has resolved the pending Motion to

Stay. If there are any discovery issues remaining after the District Court rules on the Motion to Stay, those can be placed more succinctly in an updated fashion in a re-filed Motion to Compel. This Court finds that it is too cumbersome to have a response time to the pending Motion to Compel calculated from the date that the District Court rules on the Motion to Stay.

3. This does not prejudice the parties in any way. The discovery issues within the pending Motion to Compel can be re-filed should that be necessary once the Motion to Stay has been resolved.

4. The joint motion also seeks the Court to "stay all other case management deadlines." However, this Court does not have jurisdiction to adjust or stay the case management deadlines established by Judge Martinez. The parties shall re-file the joint motion in respect to their request to stay all case management deadlines by separate pleading so that Judge Martinez can address that issue separate and apart from the issues this Court has addressed in the Joint Motion [D.E. 34].

It is therefore

**ORDERED AND ADJUDGED** that the Joint Motion for Extension of Time [D.E. 34] is **DENIED** in respect to the pending Motion to Compel and the parties are directed to re-file the joint motion seeking a stay of all other case management deadlines which shall then be addressed by Judge Martinez, it is further

**ORDERED AND ADJUDGED** that the pending Motion to Compel [D.E. 30] is **DENIED** without prejudice in accordance with this Court's findings set forth herein and that the Plaintiff shall have the right to re-file the motion regarding any remaining

pending discovery issues presently contained within that Motion to Compel once the District Court has resolved the pending Motion to Stay.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of March, 2016.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Emily C. Komlossy, Esq.
Kas Gallucci, Esq.
Scott S. Gallagher, Esq.