UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

SHERRYL MEDINA, on behalf of
herself and all others similarly
situated,

        Plaintiff,                        CASE NO. 2:15-cv-14342-JEM

v.

ENHANCED RECOVERY COMPANY, LLC,
d/b/a ERC, a Delaware limited liability
company

        Defendant.
_____/

**JOINT STATUS REPORT**

Plaintiff Sherryl Medina ("Plaintiff") and Defendant Enhanced Recovery Company, LLC d/b/a ERC ("Defendant" or "ERC") (collectively, the "Parties"), having met and conferred regarding the matters set forth below, provide the following status report proposing how to proceed pursuant to this Court's Order Staying Case (Dkt. No. 40):

        1.        On April 6, 2016, Plaintiff filed with the Judicial Panel on Multidistrict Litigation ("JPML") a Motion for Transfer of Actions to Central District of California for Consolidation of All Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 [MDL No. 2717] (the "MDL Motion"). The MDL Motion sought centralization of the matters (1) *John Carter Williams v. Enhanced Recovery Company, LLC,* No. 8:15-cv-00265-JLSDFM (C.D. Cal.) (filed on Feb. 13, 2015); (2) *Danny Allen v. Enhanced Recovery Company, LLC,* No. 5:15-cv-00806-BRO-FFM (C.D. Cal.) (filed on April 23, 2015); (3) *Medina v. Enhanced Recovery Company, LLC,* No. 2:15-cv-14342-

JEM (S.D. Fla.) (filed on Sept. 30, 2015); and (4) *Cook v. Enhanced Recovery Company,* No. 2:16-cv-00248-TLN-KJN (E.D. Cal.) (filed on Feb. 8, 2016) for pretrial proceedings.

2. On April 11, 2016, the Parties filed a Joint Motion to Stay Proceedings Pending Determination of Plaintiff's Motion to Transfer to Judicial Panel on Multidistrict Litigation ("Joint Motion"). (Dkt. No. 39).

3. On April 26, 2016, this Court granted the Parties' Joint Motion and issued an Order Staying Case pending resolution of the MDL Motion or further order of this Court. (Dkt. No. 40).

4. On June 2, 2016, The JPML issued an Order denying the centralization of actions. (Dkt. No. 41).

5. The Parties have met and conferred and have agreed to the filing of a First Amended Complaint in this Action which contemplates that the plaintiffs from *John Carter Williams v. Enhanced Recovery Company, LLC*, No. 8:15-cv-00265-JLSDFM (C.D. Cal.) (the "*Williams*" Action) and *Danny Allen v. Enhanced Recovery Company, LLC,* No. 5:15-cv-00806-BRO-FFM (C.D. Cal.) (the "*Allen*" Action) will join in this Action, and dismiss their actions in California. The *Williams* and *Allen* Actions share common questions of law and fact with the current Action thus making consolidation of theses matter appropriate.

6. Defendant has further agreed that joinder of the *Williams* and *Allen* Actions through the proposed First Amended Complaint would resolve Defendant's request to stay this action pending resolution of the first-filed action (the *Williams* Action) as sought in Defendant's Motion to Stay or, Alternatively, Motion to Bifurcate Discovery (Dkt. No. 25). The issue of bifurcation of discovery remains outstanding.

7. Thus, Defendant has agreed to the filing of Joint Motions to Dismiss the *Williams* Action and the *Allen* Action for the purpose of consolidation in the current Action.

**WHEREFORE** the Parties jointly move the Court for the following:

(a) That the stay pending resolution of the MDL Motion be lifted.

(b) That this Court grant Plaintiff leave to file a First Amended Complaint.

(c) That the Court set a Case Management Conference for the purpose of setting new case management deadlines.

RESPECTFULLY SUBMITTED, this 16th day of June, 2016.

**KOMLOSSY LAW P.A.**
*/s/ Emily C. Komlossy*
Emily C. Komlossy (FBN 7714)
eck@komlossylaw.com
Ross A. Appel (FBN 90865)
raa@komlossylaw.com
2131 Hollywood Blvd., Suite 408
Hollywood, FL 33020
Telephone: 954-842-2021
Fax: 954-416-6223

**LAW OFFICES OF RONALD A. MARRON**
*/s/ Alexis Wood*_____
Ronald A. Marron
ron@consumersadvocates.com
Alexis Wood
alexis@consumersadvocates.com
Kas Gallucci
kas@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

*Attorneys for Plaintiff Medina*

- 4 -

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Scott S. Gallagher*_____

Scott S. Gallagher
Florida Bar No. 371970
Email: ssgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
Email: rrivera@sgrlaw.com
50 N. Laura St, Suite 2600
Jacksonville, Florida 32202
Tel: (904) 598-6111
Fax: (904) 598-6211

*Attorneys for Defendant*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on counsel for Defendant identified below via transmission of Notice of Electronic Filing generated by CM/ECF.

Scott S. Gallagher
Richard Rivera
**SMITH, GAMBRELL & RUSSELL, LLP**
50 North Laura Street
Suite 2600
Jacksonville, Florida 32202
Tel:  (904) 598-6111
Fax:  (904) 598-6211

*Attorneys for Defendant*

**LAW OFFICES OF RONALD A. MARRON**
Ronald A. Marron
*ron@consumersadvocates.com*
Alexis Wood
*alexis@consumersadvocates.com*
Kas Gallucci
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA  92103
Tel: (619) 696-9006
Fax: (619) 564-6665

*Attorneys for Plaintiff*